UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    BRIAN L. HALL<br><br><br>                   Debtor | Chapter 13<br><br>Bankruptcy No. 21-13329-MDC |

## CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 14th day of March, 2024 by first class mail upon those listed below:

BRIAN L. HALL
123 E. MAYLAND STREET
PHILADELPHIA, PA 19144

**Electronically via ECF/System ONLY:**

MICHAEL A. CIBIK, ESQ.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA 19107

 

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee