United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13329-amc |
| Brian L. Hall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Brian L. Hall, 123 E. Mayland Street, Philadelphia, PA 19144-2020 |
| 14656561 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14657682 | + | Luron Bailey, c/o Geoffrey B. Gompers & Assoc. P.C., 1515 Market St Ste 1650, Philadelphia, PA 19102-1918 |
| 14782554 | + | NewRez, LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14657686 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14657688 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 19 2024 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 19 2024 00:28:22 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Apr 19 2024 00:09:00 | Shellpoint Mortgage Servicing, Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14657666 | + | Email/Text: bankruptcy@acimacredit.com | Apr 19 2024 00:10:00 | Acima Credit, 9815 S Monroe St 4th Flr, Sandy, UT 84070-4384 |
| 14670761 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:38 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14657670 | | Email/Text: megan.harper@phila.gov | Apr 19 2024 00:10:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14657671 | | Email/Text: megan.harper@phila.gov | Apr 19 2024 00:10:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14657667 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 19 2024 00:09:00 | Caine & Weiner, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14657668 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 19 2024 00:10:00 | Caliber Home Loans, Attn: Cash Operations, PO |

Case 21-13329-amc    Doc 85    Filed 04/20/24    Entered 04/21/24 00:34:10    Desc Imaged
                                Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 24330, Oklahoma City, OK 73124-0330 |
| 14667243 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 19 2024 00:08:00 | Caliber Home Loans, Inc., 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 14657672 | + | Email/Text: bankruptcy@philapark.org | Apr 19 2024 00:10:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14657673 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 19 2024 00:10:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14657674 | + | Email/Text: EBN@thecmigroup.com | Apr 19 2024 00:08:00 | Credit Management LP, 6080 Tennyson Pkwy Ste 100, Plano, TX 75024-6002 |
| 14657675 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 19 2024 00:10:00 | EOS CCA, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14657676 | | Email/Text: bankruptcycourts@equifax.com | Apr 19 2024 00:09:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14657677 | ^ | MEBN | Apr 18 2024 23:59:30 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14666065 | | Email/Text: EBNBKNOT@ford.com | Apr 19 2024 00:10:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 14657678 | + | Email/Text: bankruptcy@flagshipcredit.com | Apr 19 2024 00:09:00 | Flagship Credit Acceptance, PO Box 965, Chadds Ford, PA 19317-0643 |
| 14871896 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 19 2024 00:12:42 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14872212 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 19 2024 00:12:14 | Ford Motor Credit Company, LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14657679 | + | Email/Text: EBNBKNOT@ford.com | Apr 19 2024 00:10:00 | Ford Motor Credit Corp, PO Box 54200, Omaha, NE 68154-8000 |
| 14657680 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2024 00:09:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14657681 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2024 00:10:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14657683 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2024 00:12:18 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14657684 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2024 00:09:00 | Midland Funding, LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 14657685 | ^ | MEBN | Apr 18 2024 23:59:39 | Mountain Run Solutions, 313 E 1200 S, Suite 200, Orem, UT 84058-6939 |
| 14832267 | + | Email/Text: ECFCAEB@aldridgepite.com | Apr 19 2024 00:09:00 | New Rez LLC, C/O Wendy Locke, 8880 Rio San Diego Drive, Ste. 725, San Diego, CA 92108-1619 |
| 14741658 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 19 2024 00:08:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14782402 | ^ | MEBN | Apr 18 2024 23:59:09 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14657687 | + | Email/Text: bankruptcy@philapark.org | Apr 19 2024 00:10:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14670657 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:34 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14672111 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 21-13329-amc   Doc 85   Filed 04/20/24   Entered 04/21/24 00:34:10   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| 14657690 | | Email/Text: bankruptcy@springoakscapital.com | Apr 19 2024 00:08:00 | Spring Oaks Capital, Llc, P.O. Box 1216, Chesapeake, VA 23327 |
|---|---|---|---|---|
| 14657689 | + | Email/Text: cs@securitycreditservicesllc.com | Apr 19 2024 00:08:00 | Security Credit Services, PO Box 1156, Oxford, MS 38655-1156 |
| 14781931 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 19 2024 00:09:00 | Shellpoint Mortgage Servicing, c/o Brian K. Jordan, Aldridge Pite,LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14668785 | | Email/Text: bankruptcy@springoakscapital.com | Apr 19 2024 00:08:00 | Spring Oaks Capital SPV, LLC, P O Box 1216, Chesapeake, VA 23327-1216 |
| 14657691 | | Email/Text: DASPUBREC@transunion.com | Apr 19 2024 00:08:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Shellpoint Mortgage Servicing |
| 14657692 | | Unsecured |
| 14657669 | *+ | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14674927 | *+ | Luron Bailey, c/o Geoffrey B. Gompers & Assoc. P.C., 1515 Market St Ste 1650, Philadelphia, PA 19102-1918 |
| 14666245 | ##+ | Ford Motor Credit Company LLC, c/o HOWARD GERSHMAN, Gershman Law Offices, PC, 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| GEOFFREY B. GOMPERS | on behalf of Creditor Luron Bailey gompers@gomperslaw.com jharper@gomperslaw.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 44 |

MICHAEL A. CIBIK
    on behalf of Debtor Brian L. Hall help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Debtor Brian L. Hall help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Caliber Home Loans Inc. mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    BRIAN L. HALL<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 21-13329-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date:  April 18, 2024

_____
Honorable Ashely M. Chan
Bankruptcy Judge