# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Brian L. Hall,

        Debtor.

Case No. 21-13329-amc

Chapter 13

### Debtor's Motion to Reinstate Case

**AND NOW**, Debtor Brian L. Hall, by and through his attorney, moves this Court to reinstate this case. In support of this motion, the Debtor states as follows:

1. This case was dismissed on April 18, 2024, after the Debtor failed to propose a modified chapter 13 plan that addresses secured property against which relief from the automatic stay has been granted.

2. The Debtor requests that this case be reinstated.

3. Upon reinstatement, the Debtor will promptly propose a plan that surrenders the secured property against which relief from the automatic stay was granted.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in his favor as may be necessary and proper under the law.

Date: April 25, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com