# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Brian L. Hall,

        Debtor.

Case No. 21-13329-amc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Reinstate Case along with the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Ford Motor Credit (CM/ECF)

Luron Bailey (CM/ECF)

NewRez LLC (CM/ECF)

Spring Oaks Capital SPV, LLC
P O Box 1216
Chesapeake, VA 23327-1216

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Date: April 25, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com