**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 21-13329-amc |
| Brian L. Hall, | Chapter 13 |
| Debtor. | |

### Order Granting Debtor's Motion to Reinstate Case

**AND NOW**, upon consideration of the Debtor's Motion to Reinstate Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. This case is **REINSTATED**.

Date:  May 17, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge