United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-13329-amc

Brian L. Hall                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                      User: admin                                                Page 1 of 4

Date Rcvd: May 17, 2024                          Form ID: pdf900                                    Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Brian L. Hall, 123 E. Mayland Street, Philadelphia, PA 19144-2020 |
| 14656561 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14657682 | + | Luron Bailey, c/o Geoffrey B. Gompers & Assoc. P.C., 1515 Market St Ste 1650, Philadelphia, PA 19102-1918 |
| 14782554 | + | NewRez, LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14657686 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14657688 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 17 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 18 2024 00:01:29 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | May 17 2024 23:53:00 | Shellpoint Mortgage Servicing, Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14657666 | + | Email/Text: bankruptcy@acimacredit.com | May 17 2024 23:53:00 | Acima Credit, 9815 S Monroe St 4th Flr, Sandy, UT 84070-4384 |
| 14670761 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2024 00:01:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14657670 | | Email/Text: megan.harper@phila.gov | May 17 2024 23:53:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14657671 | | Email/Text: megan.harper@phila.gov | May 17 2024 23:53:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14657667 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 17 2024 23:53:36 | Caine & Weiner, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14657668 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 17 2024 23:53:00 | Caliber Home Loans, Attn: Cash Operations, PO |

District/off: 0313-2    User: admin    Page 2 of 4

Date Rcvd: May 17, 2024    Form ID: pdf900    Total Noticed: 44

| | | | Box 24330, Oklahoma City, OK 73124-0330 |
|---|---|---|---|
| 14667243 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | May 17 2024 23:53:00 | Caliber Home Loans, Inc., 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 14657672 | + | Email/Text: bankruptcy@philapark.org | |
| | | May 17 2024 23:53:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14657673 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | May 17 2024 23:53:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14657674 | + | Email/Text: EBN@thecmigroup.com | |
| | | May 17 2024 23:53:00 | Credit Management LP, 6080 Tennyson Pkwy Ste 100, Plano, TX 75024-6002 |
| 14657675 | + | Email/Text: bankruptcydepartment@tsico.com | |
| | | May 17 2024 23:53:00 | EOS CCA, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14657676 | | Email/Text: bankruptcycourts@equifax.com | |
| | | May 17 2024 23:53:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14657677 | ^ | MEBN | |
| | | May 17 2024 23:46:41 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14666065 | | Email/Text: EBNBKNOT@ford.com | |
| | | May 17 2024 23:53:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 14657678 | + | Email/Text: bankruptcy@flagshipcredit.com | |
| | | May 17 2024 23:53:00 | Flagship Credit Acceptance, PO Box 965, Chadds Ford, PA 19317-0643 |
| 14871896 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
| | | May 18 2024 00:02:35 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14872212 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
| | | May 18 2024 00:01:30 | Ford Motor Credit Company, LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14657679 | + | Email/Text: EBNBKNOT@ford.com | |
| | | May 17 2024 23:53:00 | Ford Motor Credit Corp, PO Box 54200, Omaha, NE 68154-8000 |
| 14657680 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | May 17 2024 23:53:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14657681 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | May 17 2024 23:53:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14657683 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | May 18 2024 00:01:31 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14657684 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | May 17 2024 23:53:00 | Midland Funding, LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 14657685 | ^ | MEBN | |
| | | May 17 2024 23:46:42 | Mountain Run Solutions, 313 E 1200 S, Suite 200, Orem, UT 84058-6939 |
| 14832267 | + | Email/Text: ECFCAEB@aldridgepite.com | |
| | | May 17 2024 23:53:00 | New Rez LLC, C/O Wendy Locke, 8880 Rio San Diego Drive, Ste. 725, San Diego, CA 92108-1619 |
| 14741658 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | May 17 2024 23:53:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14782402 | ^ | MEBN | |
| | | May 17 2024 23:46:47 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14657687 | + | Email/Text: bankruptcy@philapark.org | |
| | | May 17 2024 23:53:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14670657 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 18 2024 00:02:14 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14672111 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | May 17 2024 23:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: May 17, 2024 | Form ID: pdf900 | Total Noticed: 44

| 14657690 | Email/Text: bankruptcy@springoakscapital.com | May 17 2024 23:53:00 | Spring Oaks Capital, Llc, P.O. Box 1216, Chesapeake, VA 23327 |
| 14657689 | + Email/Text: cs@securitycreditservicesllc.com | May 17 2024 23:53:00 | Security Credit Services, PO Box 1156, Oxford, MS 38655-1156 |
| 14781931 | + Email/Text: ecfbnc@aldridgepite.com | May 17 2024 23:53:00 | Shellpoint Mortgage Servicing, c/o Brian K. Jordan, Aldridge Pite,LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14668785 | Email/Text: bankruptcy@springoakscapital.com | May 17 2024 23:53:00 | Spring Oaks Capital SPV, LLC, P O Box 1216, Chesapeake, VA 23327-1216 |
| 14657691 | Email/Text: DASPUBREC@transunion.com | May 17 2024 23:53:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Shellpoint Mortgage Servicing |
| 14657692 | | Unsecured |
| 14657669 | *+ | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14674927 | *+ | Luron Bailey, c/o Geoffrey B. Gompers & Assoc. P.C., 1515 Market St Ste 1650, Philadelphia, PA 19102-1918 |
| 14666245 | ##+ | Ford Motor Credit Company LLC, c/o HOWARD GERSHMAN, Gershman Law Offices, PC, 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| GEOFFREY B. GOMPERS | on behalf of Creditor Luron Bailey gompers@gomperslaw.com  jharper@gomperslaw.com |
| HOWARD GERSHMAN | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

MICHAEL A. CIBIK
on behalf of Debtor Brian L. Hall help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
on behalf of Debtor Brian L. Hall help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor Caliber Home Loans  Inc. mimcgowan@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 21-13329-amc |
| Brian L. Hall, | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion to Reinstate Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reinstate Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **REINSTATED**.

Date:  May 17, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge