Certificate Number: 16339-PAE-DE-038861031

Bankruptcy Case Number: 21-13329



16339-PAE-DE-038861031

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 12, 2024</u>, at <u>3:23</u> o'clock <u>PM EDT</u>, <u>Brian Hall</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   September 12, 2024            By:   /s/Kelley Tipton

                                      Name:   Kelley Tipton

                                      Title:   Certified Financial Counselor