**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Chapter 13 |
| Brian L. Hall | | |
| (Debtor) | : | Bankruptcy No. 21-13329-amc |

**PRAECIPE TO AMEND ADDRESS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

**Old Address**:

123 E. Mayland Street
Philadelphia, PA 19144

**New Address**:

801 Hubble Avenue
Bear, DE 19701

Date: September 13, 2024

BY: /s/ Michael A. Cibik
MICHAEL A. CIBIK, ESQUIRE
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
215-735-1060/fax 215-735-6769