**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Brian L. Hall,

        Debtor.

Case No. 21-13329-amc

Chapter 13

## Motion to Modify Plan After Confirmation

Debtor Brian L. Hall, through his attorney, moves this Court as follows:

1. The Plan was confirmed on April 27, 2022.

2. The Debtor wishes to amend the plan to address his surrender of the property located at 123 East Mayland Street, Philadelphia, PA 19144 to Caliber Home Loans, Inc., and to shorten the plan from 48 months to 36 months.

3. The Debtor therefore requests approval of the Fourth Amended Plan filed at ECF No. 98.

For those reasons, the Court must grant relief in the form of the order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: October 15, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com