# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Brian L. Hall,<br><br>　　　　　Debtor. | Case No. 21-13329-amc<br><br>Chapter 13 |

### Order Granting Motion to Modify Plan After Confirmation

　　And now, after consideration of the Motion to Modify Plan After Confirmation filed by Debtor Brian L. Hall, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan filed at ECF No. 98 is **APPROVED**.


Date: _____

　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge