# Cibik Law, P.C. | # INVOICE

1500 Walnut Street, Suite 900  
Philadelphia, PA 19102

Invoice # 1  
Date: 10/15/2024

Brian Hall  
801 Hubble Ave  
Bear, DE 19701

## 2405-Hall

## Bankruptcy 21-13329

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 10/15/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted modified chapter 13 plan. | 0.90 | $315.00 |
| 10/15/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted supplemental fee application. | 0.10 | $35.00 |
|  |  | **Quantity Subtotal** |  | **1.0** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Edward Gruber | Deputy Attorney | 1.0 | $350.00 | $350.00 |
|  |  | **Quantity Total** |  | **1.0** |
|  |  |  | **Subtotal** | **$350.00** |
|  |  |  | **Total** | **$350.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | 11/14/2024 | $350.00 | $0.00 | $350.00 |
|  |  |  | **Outstanding Balance** | **$350.00** |
|  |  |  | **Total Amount Outstanding** | **$350.00** |