# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                   Case No. 21-13329-amc

    Brian L. Hall,                                    Chapter 13

        Debtor.

     I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Supplemental Application for Compensation and all its exhibits, the notice thereof, and the proposed order were served upon the following parties by electronic means or first-class mail on the date set forth below.

     Kenneth E. West (CM/ELF)

     U.S. Trustee (CM/ELF)

     Brian Hall
     801 Hubble Ave
     Bear, DE 19701

Dated: October 15, 2024        CIBIK LAW, P.C.
                  *Attorney for Debtor*

                  By: /s/ Michael A. Cibik
                    Michael A. Cibik (#23110)
                    1500 Walnut Street, Suite 900
                    Philadelphia, PA 19102
                    215-735-1060
                    help@cibiklaw.com