**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Brian L. Hall,

        Debtor.

Case No. 21-13329-amc

Chapter 13

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Amended Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

Date: November 8, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com