United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 21-13329-amc
Brian L. Hall　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Jan 15, 2025　　　　　　　　　　　　Form ID: 138OBJ　　　　　　　　　　　　　Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol　Definition**

\+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian L. Hall, 801 Hubble Avenue, Bear, DE 19701-6834 |
| 14656561 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14657682 | + | Luron Bailey, c/o Geoffrey B. Gompers & Assoc. P.C., 1515 Market St Ste 1650, Philadelphia, PA 19102-1918 |
| 14782554 | + | NewRez, LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14657686 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14657688 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 16 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14657666 | + | Email/Text: bankruptcy@acimacredit.com | Jan 16 2025 00:17:00 | Acima Credit, 9815 S Monroe St 4th Flr, Sandy, UT 84070-4384 |
| 14670761 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 00:22:16 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14657670 | | Email/Text: megan.harper@phila.gov | Jan 16 2025 00:17:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14657671 | | Email/Text: megan.harper@phila.gov | Jan 16 2025 00:17:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14657667 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 16 2025 00:16:14 | Caine & Weiner, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14657668 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 16 2025 00:17:00 | Caliber Home Loans, Attn: Cash Operations, PO Box 24330, Oklahoma City, OK 73124-0330 |
| 14667243 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 16 2025 00:16:00 | Caliber Home Loans, Inc., 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 14657672 | + | Email/Text: bankruptcy@philapark.org | Jan 16 2025 00:17:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14657673 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 16 2025 00:17:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14657675 | + | Email/Text: bankruptcydepartment@tsico.com | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jan 16 2025 00:17:00 | EOS CCA, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14657676 | Email/Text: bankruptcycourts@equifax.com | Jan 16 2025 00:16:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14657677 | ^ MEBN | Jan 16 2025 00:12:10 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14657678 | + Email/Text: bankruptcy@flagshipcredit.com | Jan 16 2025 00:17:00 | Flagship Credit Acceptance, PO Box 965, Chadds Ford, PA 19317-0643 |
| 14666065 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 16 2025 00:22:16 | Ford Motor Credit Company LLC, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 14871896 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 16 2025 00:23:55 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14872212 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 16 2025 00:22:11 | Ford Motor Credit Company, LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14657679 | + Email/Text: EBNBKNOT@ford.com | Jan 16 2025 00:17:00 | Ford Motor Credit Corp, PO Box 54200, Omaha, NE 68154-8000 |
| 14657680 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2025 00:16:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14657681 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2025 00:17:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14657683 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 16 2025 00:36:07 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14657684 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2025 00:16:00 | Midland Funding, LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 14657685 | ^ MEBN | Jan 16 2025 00:12:15 | Mountain Run Solutions, 313 E 1200 S, Suite 200, Orem, UT 84058-6939 |
| 14832267 | + Email/Text: ECFCAEB@aldridgepite.com | Jan 16 2025 00:16:00 | New Rez LLC, C/O Wendy Locke, 8880 Rio San Diego Drive, Ste. 725, San Diego, CA 92108-1619 |
| 14741658 | + Email/Text: mtgbk@shellpointmtg.com | Jan 16 2025 00:16:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14782402 | ^ MEBN | Jan 16 2025 00:12:21 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14657687 | + Email/Text: bankruptcy@philapark.org | Jan 16 2025 00:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14670657 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 00:22:12 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14672111 | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2025 00:16:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14657690 | Email/Text: bankruptcy@springoakscapital.com | Jan 16 2025 00:16:00 | Spring Oaks Capital, Llc, P.O. Box 1216, Chesapeake, VA 23327 |
| 14657689 | + Email/Text: cs@securitycreditservicesllc.com | Jan 16 2025 00:16:00 | Security Credit Services, PO Box 1156, Oxford, MS 38655-1156 |
| 14781931 | + Email/Text: ecfbnc@aldridgepite.com | Jan 16 2025 00:16:00 | Shellpoint Mortgage Servicing, c/o Brian K. Jordan, Aldridge Pite,LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 14668785 | Email/Text: bankruptcy@springoakscapital.com | Jan 16 2025 00:16:00 | Spring Oaks Capital SPV, LLC, P O Box 1216, Chesapeake, VA 23327-1216 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 138OBJ | Total Noticed: 41 |

| 14657691 | Email/Text: DASPUBREC@transunion.com | | |
|---|---|---|---|
| | | Jan 16 2025 00:16:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14657692 | | Unsecured |
| 14657669 | *+ | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14674927 | *+ | Luron Bailey, c/o Geoffrey B. Gompers & Assoc. P.C., 1515 Market St Ste 1650, Philadelphia, PA 19102-1918 |
| 14657674 | ##+ | Credit Management LP, 6080 Tennyson Pkwy Ste 100, Plano, TX 75024-6002 |
| 14666245 | ##+ | Ford Motor Credit Company LLC, c/o HOWARD GERSHMAN, Gershman Law Offices, PC, 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

**Name**          **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

GEOFFREY B. GOMPERS
on behalf of Creditor Luron Bailey gompers@gomperslaw.com jharper@gomperslaw.com

HOWARD GERSHMAN
on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Brian L. Hall help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor Caliber Home Loans  Inc. mimcgowan@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                            User: admin                                         Page 4 of 4
Date Rcvd: Jan 15, 2025                         Form ID: 138OBJ                                Total Noticed: 41

TOTAL: 9

Form 138OBJ (6/24)−doc 115 − 114

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Brian L. Hall ) Case No. 21−13329−amc
)
)
Debtor(s). ) Chapter: 13
)
)

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 15, 2025                                                                                 For The Court

                                                                                                                                   Timothy B. McGrath
                                                                                                                                   Clerk of Court